IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:16CR295 |
| vs. | **ORDER** |
| OSCAR MAYORGA, | |
| Defendant. | |

This matter is before the Court on the defendant's request for copies (Filing No. 50). The defendant asks to purchase copies of the Indictment (Filing No. 16) and part two of the Indictment with the foreperson's signature unredacted. (Filing No. 17). The defendant may pay the cost to receive a copy of the Indictment at $0.50 per page. However, after review of the docket and the defendant's request, the Court finds no reason why the defendant should be provided with a copy of the unredacted jury foreperson's signature. Accordingly,

**IT IS ORDERED:**
1. The defendant's request for copies (Filing No. 50) is granted, in part;
2. The defendant may purchase a copy of the Indictment (Filing No. 16) in the amount of $1.50 from the Clerk's Office of the United States District Court; and
3. The defendant's motion is otherwise denied.

Dated this 29th day of May, 2019.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge